UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jackie F. Yates

v.

Case No. 25-cv-338-LM-AJ

Foremost Farmers Direct Property and Casualty Insurance

ORDER

After due consideration of the objections filed, the court accepts and adopts the Reports and Recommendations of Magistrate Judge Andrea K. Johnstone dated September 10, 2026, and September 16, 2026. For the reasons set forth in those Reports and Recommendations, the court rules as follows:

- **DENIED**: Plaintiff's Motion to Join Saint Mary's Bank as a Necessary Party (Doc. No. 64).
- **GRANTED**: Defendant Foremost's Motion for Summary Judgment (Doc. No. 39).
- **DENIED**: Plaintiff's Motion for Summary Judgment (Doc. No. 54).
- **DENIED AS MOOT**: Defendant Foremost's Motion to Strike (Doc. No. 59).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time (Doc. No. 69) is **DENIED** for the reasons stated in Defendant Foremost's objection (Doc. No. 74), and that Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 73) is **DENIED**.

Additionally, the court notes that Ms. Yates filed a notice of Chapter 13 bankruptcy. Because the only remaining claims in this matter are asserted by Ms. Yates against Foremost, the bankruptcy proceeding does not stay this case. As the First Circuit has made clear, "a petition in bankruptcy stays the commencement of all nonbankruptcy judicial proceedings 'against the debtor' [but] has absolutely no effect on the debtors' ability to bring suit against other parties." DiMaio Fam. Pizza &

Luncheonette, Inc. v. The Charter Oak Fire Ins. Co., 448 F.3d 460, 464 (1st Cir. 2006) (emphasis omitted) (quoting 11 U.S.C. § 362(a)). Accordingly, the automatic stay is inapplicable.

The Clerk of Court shall enter judgment and close the case.

SO ORDERED.

Landya B. McCafferty
United States District Judge

Date: October 2, 2026